1    Jason F. Choy (SBN 277583)
     choy@bluepeak.law
2    **BLUE PEAK LAW GROUP LLP**
3    3790 El Camino Real, PMB 846
     Palo Alto, CA 94306
4    Telephone: (213) 647-1228

5
6                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
7

8    | In *Re Ex Parte* Application of DAEDALUS PRIME LLC, | Case No. |

9
10           *Applicant*,                              **[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO OBTAIN DISCOVERY PURSUANT TO 28 U.S.C. § 1782**
11   For an Order Pursuant to 28 U.S.C. § 1782
     Authorizing Discovery for Use in Foreign
12   Proceedings.

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Upon review and consideration of Applicant Daedalus Prime LLC's *Ex Parte*

2  Application Pursuant to 28 U.S.C. § 1782 for an Order to Obtain Discovery for Use in Foreign

3  Proceedings, draft subpoenas attached thereto as Exhibits A and B, and Declaration of Dr. Frank

4  Peterreins in support thereof (collectively, the "Application"), seeking an order authorizing the

5  issuance of subpoenas requiring Respondent MediaTek USA Inc. to provide documents and

6  testimony for use in connection with patent litigation in Germany, the Court, being fully advised,

7  having considered the Application, and finding good cause exists to exercise its discretion to do

8  so, **HEREBY GRANTS** the Application. It is further:

9  1. ORDERED that Applicant, by and through its counsel, is granted leave to issue a

10  subpoena containing document requests in substantially similar form as those attached to the

11  Application as Exhibit A, to Respondent (the "Document Subpoena"), pursuant to the Federal

12  Rules of Civil Procedure, and pursuant thereto to require it to produce documents, within 10 days

13  of receipt of same (or on another mutually-agreeable date selected by the Applicant and

14  Respondent).

15  2. It is FURTHER ORDERED that Applicant, by and through its counsel, is granted

16  leave to issue a subpoena containing deposition topics in substantially similar form attached to

17  the Application as Exhibit B to Respondent (the "Deposition Subpoena"), pursuant to the Federal

18  Rules of Civil Procedure, and pursuant thereto to require it to appear for a remote deposition via

19  video-conferencing technology (*e.g.*, Zoom), to be arranged by Applicant, and which will be

20  recorded by video and stenographically by a company engaged in such services to be designated

21  by Applicant, within 7 days of Respondent's compliance with the Document Subpoena (or on

22  another mutually agreeable date selected by the Applicants and Respondent).

23  IT IS SO ORDERED on this _____ day of , _____2024.

24

25  _____

26  UNITED STATES DISTRICT JUDGE

27

28