# Exhibit B

## DEFINITIONS

1. The terms "You," "Your," "MediaTek" and "MediaTek USA Inc." refer to MediaTek USA Inc., its predecessors-in-interest, parents, subsidiaries, joint ventures, affiliates (including MediaTek Inc., MediaTek North America Inc., MTK Wireless Limited (UK), Gaintech Co. Limited, MediaTek Investment Singapore Pte.), and other legal entities that are wholly or partially owned or controlled by MediaTek USA Inc., either directly or indirectly, and the principals, directors, officers, owners, members, representatives, employees, agents, consultants, accountants, and attorneys thereof.

2. "Asserted Patents" shall mean the German Patents DE 11 2012 003 701 B4 and DE 11 2012 005 210 B4 and EP 2 792 100 B1.

3. "DE'701" shall mean German Patent DE 11 2012 003 701 B4.

4. "DE'210" shall mean German Patent DE 11 2012 005 210 B4.

5. "EP'100" shall mean EP 2 792 100 B1.

6. "German Actions" shall mean Case Nos. 4b O 16/24, regarding DE'701 and 4b O 21/24 regarding DE'210.

7. "UPC Action" shall mean Case No. ACT_19012/2024_UPC_CFI_169/2024, regarding EP 2 792 100 B1.

8. "Accused Instrumentality" shall mean the attacked embodiments in the Statement of Claim filed with the Düsseldorf Regional Court in Germany alleging infringement of the Asserted Patents in the German Actions and the Complaint filed with the Unified Patent Court alleging infringement of EP 2 792 100 B1 in the UPC Action, including the MediaTek Dimensity 8200-Ultra, MediaTek Dimensity 9200+, Xiaomi X13T, and Xiaomi X13T Pro.

9. "Relate To," "Relating To," or "Related To," when referring to any given

subject matter, means without limitation any Document or Thing that in whole or in part and directly or indirectly relates to, concerns, regards, discusses, describes, depicts, demonstrates, shows, evidences, supports, refutes, contradicts, summarizes, analyzes, bears upon, comments upon, pertains to, constitutes, comprises, involves, contains, embodies, reflects, alludes to, identifies, states, mentions, refers to, deals with, or is in any way relevant to the particular subject matter identified.

10. The terms "or," "and," and "and/or" shall be construed conjunctively or disjunctively, whichever maximizes the scope of each request in which they are used.

## TOPICS OF EXAMINATION

**TOPIC NO. 1:**

The documents and other materials produced in response to Daedalus Prime LLC's document subpoena.

**TOPIC NO. 2:**

The documents and other materials sought by Daedalus Prime LLC's document subpoena and Your efforts to collect and produce such documents and other materials.

**TOPIC NO. 3:**

The design, structure, configuration, and operation of the power allocation and caching functionality and the cryptographic module(s) in the Accused Instrumentalities, including but not limited to the MediaTek Dimensity 8200-Ultra and Dimensity 9200+.

**TOPIC NO. 4:**

The ability and/or legal right of any U.S. and/or internationally-based MediaTek entity to access or obtain the categories of documents sought by Daedalus Prime's subpoena to MediaTek from any other MediaTek entity.

**TOPIC NO. 5:**

The manner, means, methods, or devices by which MediaTek entities and their employees communicate with each other.

**TOPIC NO. 6:**

The manner, means, methods, or devices by which MediaTek entities and their employees communicate when working with and managing multi-site and multi-cultural teams both in the U.S. and internationally.

**TOPIC NO. 7:**

Access to databases maintained by any MediaTek entities by any other MediaTek entity and its employees.

**TOPIC NO. 8:**

Any and all means by which any MediaTek entity and its employees may access or obtain information regarding the Accused Instrumentalities.

**TOPIC NO. 9:**

Any and all methods or means by which MediaTek USA and its employees or any other MediaTek entity and its employees may access the categories of documents sought by Daedalus Prime's subpoena to MediaTek.

**TOPIC NO. 10:**

The location(s) of all documents sought by Daedalus Prime LLC in its subpoena to MediaTek and any local or central repository for backup or storage of communications among MediaTek entities.

**TOPIC NO. 11:**

The practical ability and/or legal right of employees of MediaTek entities working from the facilities of MediaTek USA to access servers and/or file, and/or to request files regarding design,

structure, configuration, and operation of the power allocation and caching functionality and the cryptographic module(s) in the Accused Instrumentalities, including but not limited to the MediaTek Dimensity 8200-Ultra and Dimensity 9200+.