1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6                                SAN JOSE DIVISION

7

8   IN RE EX PARTE APPLICATION OF              Case No.  24-mc-80208-VKD
    DAEDALUS PRIME, LLC,

9
            Applicant,
10                                             **ORDER RE ADMINISTRATIVE
                                               MOTION TO ADVANCE DEADLINE
11  For an Order Pursuant to 28 U.S.C. § 1782  FOR RESPONSE TO APPLICATION**
    Authorizing Discovery for Use in Foreign
                                               Re: Dkt. No. 5
12  Proceedings.

13

14          Applicant Daedalus Prime LLC ("Daedalus") filed an ex parte application for an order

15  pursuant to 28 U.S.C. § 1782 authorizing service of a subpoena for discovery on MediaTek USA,

16  Inc. ("MediaTek").  On August 14, 2024, the Court set certain deadlines with respect to

17  Daedalus's § 1782 application.  Dkt. No. 4.  Although it has not yet filed a proof of service,

18  Daedalus represents that it served its § 1782 application and this Court's August 14, 2024 order on

19  MediaTek on August 21, 2024, five days before the deadline for service set by the Court.  Dkt.

20  No. 5 at 1.  In view of an upcoming deadline in the underlying litigation, Daedalus now requests

21  that the Court advance the current September 3, 2024 deadline for MediaTek's response to the

22  § 1782 application to August 28, 2024.  *Id.*

23          The Court grants Daedalus's request to re-set the deadline for MediaTek's response to the

24  § 1782 application to **August 28, 2024**.  However, as stated in the Court's August 14, 2024

25  order—and regardless of whether or not MediaTek responds to the pending § 1782 application—

26  absent consent from both Daedalus and MediaTek, this Court lacks jurisdiction to hear and decide

27  this matter.  *See* Dkt. No. 4.  At the present time, neither Daedalus nor MediaTek has indicated

28  whether it consents to or declines magistrate judge jurisdiction.  The parties are encouraged to do

United States District Court
Northern District of California

so promptly by filing the appropriate form.[1]

Daedalus shall promptly serve a copy of this order on MediaTek and file a proof of service thereafter.

**IT IS SO ORDERED.**

Dated: August 22, 2024

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California

---

[1] The form is available at https://cand.uscourts.gov/mj_consent-declination_form_10-2020/