1  Jason F. Choy (SBN 277583)
   choy@bluepeak.law
2  **BLUE PEAK LAW GROUP LLP**
3  3790 El Camino Real, PMB 846
   Palo Alto, CA 94306
4  Telephone: (213) 647-1228

5

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In *Re Ex Parte* Application of DAEDALUS PRIME LLC,<br><br>　　*Applicant*,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in Foreign Proceedings. | Case No. 5:24-mc-80208-VKD<br><br>**NOTICE OF SERVICE OF DAEDALUS PRIME LLC'S APPLCATION UNDER 28 U.S.C. § 1782 AND RELATED ORDERS** |

**NOTICE OF SERVICE OF DAEDALUS PRIME LLC'S APPLCATION UNDER 28 U.S.C. § 1782 AND RELATED ORDERS**

Applicant Daedalus Prime LLC ("**Applicant**" or "**Daedalus Prime**") hereby notifies this Court that, Pursuant to the Court's Orders dated August 14, 2024 and August 22, 2024 (Docket Nos. 4 and 6), Applicant served MediaTek USA Inc. with copies of (1) its *Ex Parte* Application, Exhibits A and B to its Applications, the Declaration of Dr. Frank Peterreins, and the Court's Order dated August 14, 2024 (Docket Nos. 1, 1-2, 1-3, 1-4, and 4) on August 21, 2024, (2) Daedalus Prime's motion for administrative relief (Docket No. 5) on August 23, 2024, and (3) the Court's Order regarding Daedalus Prime's motion for administrative relief dated August 22, 2024 (Docket No. 6) on August 26, 2024.

Proofs of service are attached hereto as Exhibits 1-3.

DATED: August 28, 2024

*/s/ Jason F. Choy*
Jason F. Choy (SBN 277583)
choy@bluepeak.law
**BLUE PEAK LAW GROUP LLP**
3790 El Camino Real, PMB 846
Palo Alto, CA 94306
Telephone: (213) 647-1228

*Attorney for Daedalus Prime LLC*