# Exhibit A

## DEFINITIONS

1. The terms "You," "Your," "MediaTek" and "MediaTek USA Inc." refer to MediaTek USA Inc. and other legal entities that are wholly or partially owned or controlled by MediaTek USA Inc., either directly or indirectly, and the principals, directors, officers, owners, members, representatives, employees, agents, consultants, accountants, and attorneys thereof.

2. "Asserted Patents" shall mean the German Patents DE 11 2012 003 701 B4 and DE 11 2012 005 210 B4 and EP 2 792 100 B1.

3. "DE'701" shall mean German Patent DE 11 2012 003 701 B4.

4. "DE'210" shall mean German Patent DE 11 2012 005 210 B4.

5. "EP'100" shall mean EP 2 792 100 B1.

6. "German Actions" shall mean Case Nos. 4b O 16/24, regarding DE'701 and 4b O 21/24 regarding DE'210.

7. "UPC Action" shall mean Case No. ACT_19012/2024_UPC_CFI_169/2024, regarding EP 2 792 100 B1.

8. "Accused Instrumentality" shall mean the attacked embodiments in the Statement of Claim filed with the Düsseldorf Regional Court in Germany alleging infringement of the Asserted Patents in the German Actions and the Complaint filed with the Unified Patent Court alleging infringement of EP 2 792 100 B1 in the UPC Action, including the MediaTek Dimensity 8200-Ultra, MediaTek Dimensity 9200+, Xiaomi X13T, and Xiaomi X13T Pro.

9. "Relate To," "Relating To," or "Related To," when referring to any given subject matter, means without limitation any Document or Thing that in whole or in part and directly or indirectly relates to, concerns, regards, discusses, describes, depicts, demonstrates, shows, evidences, supports, refutes, contradicts, summarizes, analyzes,

bears upon, comments upon, pertains to, constitutes, comprises, involves, contains, embodies, reflects, alludes to, identifies, states, mentions, refers to, deals with, or is in any way relevant to the particular subject matter identified.

10.     The terms "or," "and," and "and/or" shall be construed conjunctively or disjunctively, whichever maximizes the scope of each request in which they are used.

## INSTRUCTIONS

1.      If any document is withheld from production based on a claim of privilege, provide a statement of the claim of privilege and all facts relied upon in support thereof, in the form of a log that includes each document's authors, addressees, date, a description of each document, and all recipients of the original and any copies.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**

Source code, specifications, schematics, flow charts, artwork, formulas, or other documentation sufficient to show the operation of any aspects or elements of an Accused Instrumentality identified in the Statement of Claim filed with the Düsseldorf Regional Court in Germany as a basis for the alleged infringement of the Asserted Patents in the German Actions (the "**Accused Features**"), including but not limited to power allocation and caching functionality in the MediaTek Dimensity 8200-Ultra and Dimensity 9200+.

**REQUEST FOR PRODUCTION NO. 2:**

Source code, specifications, schematics, flow charts, artwork, formulas, or other documentation sufficient to show the operation of any aspects or elements of an Accused Instrumentality identified in the Complaint filed with the Unified Patent Court as a basis for the alleged infringement of EP 2 792 100 B1 in the UPC Action (the "**UPC Accused Feature**"), including but not limited to the cryptographic module(s) in the MediaTek Dimensity 8200-Ultra

and Dimensity 9200+ or identified in the Statement of Defence and Counterclaim for Revocation filed by Xiaomi Technology Netherlands B.V. and Xiaomi Technology Germany GmbH in the UPC Action.

**REQUEST FOR PRODUCTION NO. 3:**

All patent license agreements Related To the Accused Features or the UPC Accused Feature of the Accused Instrumentalities or any other products or technologies with the same or materially similar Accused Features or UPC Accused Feature.