Jason F. Choy (SBN 277583)
choy@bluepeak.law
**BLUE PEAK LAW GROUP LLP**
3790 El Camino Real, PMB 846
Palo Alto, CA 94306
Telephone: (213) 647-1228

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In *Re Ex Parte* Application of DAEDALUS PRIME LLC,<br><br>*Applicant*,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in Foreign Proceedings. | Case No. 24-mc-80208-VKD<br><br>**DECLARATION OF DR. FRANK PETERREINS IN SUPPORT OF DAEDALUS PRIME LLC'S AMENDED APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

I, Frank Peterreins, hereby declare as follows:

1. I am an attorney at law admitted to practice in Germany. I am also qualified as German and European Patent Attorney and have a degree in Mechanical Engineering. I am founding partner of the Munich-based law firm Peterreins Schley. I make this declaration based on my own personal knowledge and based on documents that I have reviewed. If called as a witness, I could and would competently testify to the matters stated herein.

2. I submit this declaration in support of Daedalus Prime LLC's Amended Application for an Order Under 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. I previously submitted declarations in support of Daedalus Prime's Original Application (Dkt. 1) and Reply in support of that Original Application (Dkt. 16).

3. I, inter alia, represent Daedalus Prime LLC in connection with German patent litigation that Daedalus Prime LLC has brought against MediaTek Inc. ("**MediaTek**") and Xiaomi Communications Co., Ltd., Xiaomi Inc., Xiaomi Technology Netherlands B.V., and Xiaomi Technology Germany GmbH (collectively "**Xiaomi**") in the District Court of Düsseldorf, in Germany and in the Local Division Hamburg of the Unified Patent Court ("**UPC**") (UPC docket no. ACT_19012/2024,UPC_CFI_169/2024; herein the "**UPC Action**").

4. I have reviewed the July 26, 2024 Statement of Defence and Counterclaim for Revocation (the "**Statement of Defence**") submitted by Xiaomi Technology Netherlands B.V. and Xiaomi Technology Germany GmbH (collectively "**Xiaomi Europe**") in Daedalus Prime's UPC Action and all documents cited therein.

5. The only non-public information Xiaomi Europe cited in support of the non-infringement arguments in its Statement of Defence is a confidential declaration from a witness whose identity Xiaomi Europe has designated as confidential.

6. The confidential declaration, summaries of its contents cited in Xiaomi Europe's

Statement of Defence, and the identity of the declarant have all been designated confidential and redacted from the versions of those documents available to the public.

7. I have reviewed full, unredacted copies of Xiaomi Europe's Statement of Defence and all documents cited therein, including the confidential supporting declaration.

8. Xiaomi Europe did not cite any non-public or confidential technical documentation regarding the accused MediaTek chips in support of its non-infringement positions in its Statement of Defence or the confidential supporting declaration. Instead, it relied on statements in the confidential supporting declaration as support for its non-infringement positions.

9. As a result, there are no non-public or confidential technical documents cited in Xiaomi Europe's Statement of Defence that Daedalus Prime LLC could obtain pursuant to the UPC's procedures for document discovery.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23d day of September, 2024, in Munich, Germany.

Dr. Frank Peterreins,
German Attorney at law
German Patent Attorney
European Patent Attorney

2   PETERREINS DECL. ISO DAEDALUS PRIME'S AMENDED APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782 RE FOREIGN DISCOVERY